| | |
|---|---|
| DANNY DAVID (*Pro hac vice forthcoming*) <br> BAKER BOTTS L.L.P. <br> 910 Louisiana Street <br> Houston, Texas 77002 <br> Telephone: (713) 229-4055 <br> Facsimile: (713) 229-1522 <br> danny.david@bakerbotts.com | CHERYL CAULEY (SBN 252262) <br> BAKER BOTTS L.L.P. <br> 1001 Page Mill Road, Suite 200 <br> Palo Alto, California 94304 <br> Telephone: 650-739-7500 <br> Facsimile: 650-739-7699 <br> cheryl.cauley@bakerbotts.com |
| SUZANNE HENGL (*Pro hac vice forthcoming*) <br> BAKER BOTTS L.L.P. <br> 30 Rockefeller Plaza, 45th Floor <br> New York, New York 10112 <br> Telephone: 212.408.2500 <br> Facsimile: 212.408.2501 <br> suzanne.hengl@bakerbotts.com | RAERANI REDDY (SBN 340475) <br> BAKER BOTTS L.L.P. <br> 101 California Street, Suite 3200 <br> San Francisco, California 94111 <br> Telephone: (415) 291-6200 <br> Facsimile: (415) 291-6300 <br> rani.reddy@bakerbotts.com |

Attorneys for Plaintiff
Sunnova Energy Corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SUNNOVA ENERGY CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SUNOVA SOLAR TECHNOLOGY CO., LTD. <br> a foreign corporation <br><br> and <br><br> PHAETON SOLAR AMERICA LLC, a Delaware Limited Liability Company, <br><br> Defendants. | Civil Action No.: 5:22-cv-05325-EJD <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND EXTEND DATE OF INITIAL CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER; CASE NO. 5:22-cv-05325-EJD

Pursuant to Civil Local Rule 6-2(a), Plaintiff Sunnova Energy Corporation ("Plaintiff") and Defendants Sunova Solar Technology Co. Ltd. ("Sunova Solar") and Phaeton Solar America LLC ("Phaeton Solar") ("Defendants") (collectively with Plaintiff, the "Parties") stipulate as follows:

WHEREAS, on September 19, 2022, Plaintiff filed a Complaint and Demand for Jury Trial [Dkt. No. 1];

WHEREAS, Sunova Solar was properly served with the summons and complaint on September 21, 2022 and Phaeton Solar was properly served with the summons and complaint on September 28, 2022;

WHEREAS, the parties previously agreed to extend the deadline for Sunova Solar to respond to Plaintiff's complaint from October 12, 2022, to November 11, 2022, and the deadline for Phaeton Solar to respond to Plaintiff's complaint from October 19, 2022, to November 11, 2022 [Dkt. No. 8];

WHEREAS, the parties subsequently agreed to extend the deadline for Defendants to respond to Plaintiff's complaint from November 11, 2022, to December 12, 2022 [Dkt. No. 9];

WHEREAS, on December 13, 2022, the Court granted the parties' additional request to extend the deadline for Defendants to respond to Plaintiff's complaint and to reset the case management conference date [Dkt. No. 10], ordering that Defendants' response to Plaintiff's complaint be due January 11, 2023, and resetting the case management conference to March 16, 2023 [Dkt. No. 11];

WHEREAS, the parties then agreed to extend the deadline for Defendants to respond to Plaintiff's complaint from January 11, 2023, to February 13, 2023 [Dkt. No. 12];

WHEREAS, on February 13, 2023, the Court granted the parties' additional request to extend the deadline for Defendants to respond to Plaintiff's complaint and to reset the case management conference date [Dkt. No. 13], ordering that Defendants' response to Plaintiff's complaint be due March 15, 2023, and resetting the case management conference to June 1, 2023 [Dkt. No. 14];

|   |   |
|---|---|
| 1 | WHEREAS, on March 13, 2023, the parties further agreed to extend the deadline for Defendants to respond to Plaintiff's complaint from March 15, 2023, to April 14, 2023 [Dkt. No. 15]; |

WHEREAS, on March 13, 2023, the parties further agreed to extend the deadline for Defendants to respond to Plaintiff's complaint from March 15, 2023, to April 14, 2023 [Dkt. No. 15];

WHEREAS, on April 13, 2023, the parties agreed to extend the deadline for Defendants to respond to Plaintiff's complaint from April 14, 2023, to May 15, 2023 [Dkt. No. 16];

WHEREAS, on May 24, 2023, the Court granted the parties' additional request to extend the deadline for Defendants to respond to Plaintiff's complaint and to reset the case management conference date [Dkt. No. 17], ordering that Defendants' response to Plaintiff's complaint be due July 14, 2023, and resetting the case management conference to August 31, 2023 [Dkt. No. 18];

WHEREAS, on July 12, 2023, the parties agreed to extend the deadline for Defendants to respond to Plaintiff's complaint from July 14, 2023, to August 14, 2023 [Dkt. No. 19];

WHEREAS, on August 25, 2023, the Court granted the parties' additional request to extend the deadline for Defendants to respond to Plaintiff's complaint and to reset the case management conference date [Dkt. No. 20], ordering that Defendants' response to Plaintiff's complaint be due October 13, 2023, and resetting the case management conference to October 26, 2023 [Dkt. No. 21];

WHEREAS, on October 23, 2023, the Court granted the parties' additional request [Dkt. No. 22] to extend the deadline for Defendants to respond to Plaintiff's complaint and to reset the case management conference date, ordering that Defendants' response to Plaintiff's complaint be due December 12, 2023, and resetting the case management conference to January 11, 2024 [Dkt. No. 23];

WHEREAS, the parties have continued to hold discussions between party representatives in the interim and have now agreed to an additional thirty (30) day extension of time for Defendants to respond to Plaintiff's complaint, up to and through January 11, 2024, for purposes of continuing to explore an amicable resolution of this dispute and without prejudice to Plaintiff's right to pursue preliminary injunctive relief;

WHEREAS, the initial case management conference is currently scheduled for January 11, 2024 [Dkt. No. 23];

WHEREAS the other dates associated with the initial case management conference date are the following:

    12/21/23:  Last day to meet and confer re: initial disclosures, early settlement ADR process selection, and discovery plan, and last day to file ADR Certification

    12/29/23:  Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement

WHEREAS, the parties believe that extending the date for the initial case management conference would promote efficiency by allowing time for the potential resolution of the matter and/or allowing the parties to meet and confer once the pleadings are settled;

WHEREAS, extending the date for the initial case management conference would not alter the date of any event or any deadline already fixed by Court order other than the two deadlines associated with the initial case management conference.

THEREFORE, it is hereby agreed and stipulated and requested:

1. The time for Defendants to respond to Plaintiff's complaint is extended to January 11, 2024.

2. The Court shall set a new date for the initial case management conference on a date of the Court's choosing.

IT IS SO STIPULATED AND REQUESTED.

DATED:  December 7, 2023    By: */s/ Cheryl Cauley*
    Cheryl Cauley
    cheryl.cauley@bakerbotts.com
    BAKER BOTTS L.L.P.
    1001 Page Mill Road, Suite 200
    Palo Alto, California 94304
    Telephone: 650-739-7500
    Facsimile: 650-739-7699

    *Attorneys for Plaintiff Sunnova Energy Corporation*

DATED: December 7, 2023      By: */s/ Jason N. Haycock*
Jason N. Haycock,
jason.haycock@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

*Attorneys for Defendants Sunova Solar Technology Co. Ltd. and Phaeton Solar America LLC*

ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: December 7, 2023      Respectfully submitted,

BAKER BOTTS LLP

*/s/ Cheryl Cauley*
Cheryl Cauley

Counsel for Plaintiff
Sunnova Energy Corporation